

No. 14–8002/NA.   U.S. v. Christopher J. Schaleger.   CCA 20130247.   Appellee's motion to correct errata is granted.

Friday, October 25, 2013

No. 13–0522/AF.   U.S. v. David J.A. Gutierrez.   CCA 37913.   Appellant's motion to correct errata is granted.

No. 13–0601/AF.   U.S. v. Korey J. Talkington.   CCA 37785.   Appellant's motion to correct errata is granted.

No. 14–0137/AR.   U.S. v. Daniella M. Howard.   CCA 20120844.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 13, 2013.